LAW OFFICE OF ADAM G. SINGER, PLLC
ONE GRAND CENTRAL PLACE
60 E. 42ND STREET, SUITE 4600
NEW YORK, NY 10165

**SENDER**
ADAM G. SINGER
**EMAIL**
asinger@adamsingerlaw.com

**DIRECT DIAL**
(212) 842 – 2428
**FACSIMILE**
(212) 658 – 9682

The conference scheduled for October 20, 2026 at 10:00 a.m. is adjourned to October 20, 2026 at 10:30 a.m. At the scheduled time, counsel for all parties should call (855) 244-8681, access code 2302 755 2307. The Clerk of Court is respectfully directed to close Dkt. 16.

SO ORDERED.
October 16, 2026

JOHN P. CRONAN
United States District Judge

October 16, 2026

**VIA ECF**
Hon. John P. Cronan
Southern District of New York
500 Pearl St.
New York, NY 10007-1312

**Re:** ***Hansen v. Capital One Bank (USA), N.A.* 1:26-cv-06075-JPC**
**Consent Letter Motion to Adjourn/Reschedule Rule 16 Initial Pre-Trial Conference**

Dear Judge Cronan:

This office represents Plaintiff in the above-referenced matter. We write respectfully to request a brief adjournment of the Rule 16 Initial Pretrial Conference currently scheduled before Your Honor for Tuesday, October 20, 2026, at 10:00 a.m.

Due to a prior court commitment at 9:30 a.m., undersigned counsel is unable to attend the conference at its currently scheduled time. We respectfully request that the conference be rescheduled to a later time on the same day, October 20, 2026. All counsel are available after 10:30 a.m., or otherwise at the Court's convenience.

On October 14, 2026, we conferred with Daniel M. Chin, counsel for Defendant Capital One Bank (USA), N.A., regarding this scheduling conflict. Defendant consents to this request and is available later in the day on October 20, 2026.

This is the first request to reschedule this conference. We do not anticipate that this brief, same-day adjournment will prejudice any party or delay the progression of this case.

We thank the Court for its time and consideration of this request.

Respectfully submitted,

Adam G. Singer